[No. 52958-7-I.   Division One.   September 27, 2004.]

GAGANDEEP BRAR, *Appellant*, v. LAKE WASHINGTON TECHNICAL
COLLEGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-29842-9, Douglass A. North, J., entered July 31, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Agid, J.

[No. 53113-1-I.   Division One.   September 27, 2004.]

KATY WINN, *Appellant*, v. ALASKA AIRLINES, INC., ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-05140-5, Douglass A. North, J., entered May 23 and June 5, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Agid, J.

[No. 53198-1-I.   Division One.   September 27, 2004.]

SCOTT L. HAVSY, *Appellant*, v. THE DEPARTMENT OF HEALTH,
BOARD OF OSTEOPATHIC MEDICINE AND
SURGERY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02194-8, Richard D. Hicks, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.

[No. 53244-8-I.   Division One.   September 27, 2004.]

*In the Matter of the Marriage of* TANYA MARIE CRITES,
*Respondent*, and JOSEPH ROBERT CRITES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-50239-0, Mary Yu, J., entered August 26, 2003. *Affirmed* by unpublished per curiam opinion.